# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

James M. Jones  
Sally A. Jones,

Bky. Case No. 13-43438  
Chapter 7

      Debtors.

## NOTICE OF SETTLEMENT OR COMPROMISE

To: The United States Trustee, all creditors and other parties in interest.

On, **October 10, 2013** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The debtors borrowed $9,125 from co-debtor Sally Jones' mother. They repaid $5,625 of that loan in the 12 months prior to filing for bankruptcy. The trustee and the debtors have reached an agreement where the debtors will pay $3,500 in settlement of the insider preference. The trustee believes the settlement is in the best interest of the estate.

The debtors will pay the estate $3,500 by October 31, 2013. If payment is not made as required or this agreement is not approved by the bankruptcy court, the Trustee shall be entitled to reassert any and all claims.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>301 U.S. Courthouse<br>300 So. 4th St.<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U S Courthouse<br>300 So. 4th St.<br>Minneapolis, MN 55415 | Trustee<br>(See address below) |

Dated: September 17, 2013

                                                                                         /e/ Erik A. Ahlgren  
                                                                                         Erik A. Ahlgren, Trustee  
                                                                                         220 W Washington Ave, Ste 105  
                                                                                         Fergus Falls, MN  56537  
                                                                                         218-998-2775  
                                                                                         trustee@prtel.com